■ The People of the State of New York, Respondent, v Lionel Vasquez, Appellant.—Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on October 15, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Asch, Milonas, Rosenberger and Ellerin, JJ.

■ Robert Cyplick, Respondent, v Moore McCormack Lines, Inc., Appellant.—Order, Supreme Court, New York County (Stanley Sklar, J.), entered on July 2, 1987, unanimously affirmed, without costs and without disbursements. Motion by plaintiff-respondent for leave to enlarge the record on appeal to include a certain transcript denied. No opinion. Concur—Kupferman, J. P., Asch, Milonas, Rosenberger and Ellerin, JJ.